[Nos. 59802-3-I; 59908-9-I.   Division One.   November 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. BONITA LILITH MONEY ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 05-1-11839-0, Julie A. Spector, J., entered March 26, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60093-1-I.   Division One.   November 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE ORELLANA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-01384-9, Andrea A. Darvas, J., entered May 29, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60514-3-I.   Division One.   November 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOL ANN KIRK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-02680-7, Catherine D. Shaffer, J., entered August 7, 2007. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 60549-6-I.   Division One.   November 24, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY LEUTHVILAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-03876-9, Jeffrey M. Ramsdell, J., entered August 13, 2007. *Affirmed* by unpublished per curiam opinion.